**Lawrence REYNOLDS, Plaintiff,**

**Mark Brown, Intervenor–Appellant,**

v.

**Ted STRICKLAND, Terry J. Collins, Phillip Kerns, and Execution Team Members # 1–21, Defendants–Appellees.**

No. 10–3098.

United States Court of Appeals, Sixth Circuit.

Feb. 3, 2010.

Before: BATCHELDER, Chief Circuit Judge; SILER and SUTTON, Circuit Judges.

## ORDER

PER CURIAM.

The motion by the appellant, Mark Brown, for a stay of execution is denied, and the panel affirms the district court for the reasons set forth in the district court opinion, *Reynolds (Brown) v. Strickland,* No. 2:10–cv–27 (S.D.Ohio Feb. 2, 2010), and in our recent opinion in *Cooey (Biros) v. Strickland,* 589 F.3d 210 (6th Cir.2009).

AFFIRMED.